# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,          Case No. 1:19-cr-50
    Plaintiff,                                            Litkovitz, M.J.

vs.

WAYMAN EUGENE STEPP,               **DETENTION ORDER**
    Defendant.

      This matter is before the Court following a detention hearing on a Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.l(a)(6) and 18 U.S.C. § 3143(a)(1) at which defendant appeared represented by counsel. The government moved for detention on the basis that the defendant poses a risk of flight if released on bond. Having heard all arguments and having considered the nature of the alleged supervised release violations, the undersigned finds the defendant has not met his burden by clear and convincing evidence that he will not pose a risk of flight if released on bond. As alleged in the petition, the defendant has had no contact with his probation officer for nearly one year and his whereabouts have been unknown. Accordingly, the Court hereby **ORDERS** the defendant detained pending final hearing on the supervised release violations before Judge McFarland.

## DIRECTIONS REGARDING DETENTION

      The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for

the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED**.

Date: 4/26/2023

Karen L. Litkovitz
United States Magistrate Judge